# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: George H. Weston, III and Billy L. Weston<br><br>      <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 13-11721 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: BAC)

                          Respectfully submitted,

                          **<u>/s/Thomas Puleo, Esquire</u>**
                          Thomas Puleo, Esquire
                          Brian C. Nicholas, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 825-6306  FAX (215) 825-6406