Certificate Number: 11760-PAE-DE-030634243

Bankruptcy Case Number: 13-11721



11760-PAE-DE-030634243

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 27, 2018, at 11:27 o'clock AM PST, George H Weston III completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 27, 2018                    By:     /s/Jennifer L Walter

                                              Name:   Jennifer L Walter

                                              Title:  Teacher