```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 13-11721-ref
George H. Weston, III                                               Chapter 13
Billy L. Weston
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0313-4           User: dlv                    Page 1 of 2                 Date Rcvd: Aug 20, 2018
                               Form ID: 138NEW              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db/jdb         +George H. Weston, III,    Billy L. Weston,   44 Boonetown Rd.,    Birdsboro, PA 19508-8317
smg            +Bureau of Audit and Enforcement,    City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,   Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr             +Diamond Resorts U.S. Collection Development, LLC,     3865 West Cheyenne Avenue,
                 North Las Vegas, NV 89032-3431
cr             +Robeson Township,    c/o Cheryl J. Allerton,   P.O. Box 5828,    Wyomissing, PA 19610-5828
12982342      #+Bank of America,    11802 Ridge Parkway Ste 100,   Broomfield, CO 80021-5010
12982341       +Bank of America,    Customer Service,   POB 5170,   Simi Valley, CA 93062-5170
13081671        Bank of America, N.A.,    P.O. Box 660933,   Dallas, TX 75266-0933
13651381       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
12982345       +Diamond Resorts US Collection,    Members Assoc.,   P.O. Box 845189,    Dallas, TX 75284-5189
12982347       +Family Dermatology of Pennsylvania,    POB 933743,   Atlanta, GA 31193-3743
12982348       +First American Title Insurance Co.,    10600 W. Charleston Blvd.,    Las Vegas, NV 89135-1014
12982349       +GentleBreezeOnline,    P.O. Box 1120,   Boulevard, CA 91905-0220
12982350       +Giant Food Stores,    POB 55841,   Boston, MA 02205-5841
12999110       +John A. DiGiamberardino, Esquire,    845 N. Park Road, Ste. 101,    Wyomissing, PA 19610-1342
12982352      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,   BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
               (address filed with court: Met-Ed,     P.O. Box 16001,   Reading, PA 19612-6001)
12982351       +Massanutten Timeshare Owners Assoc,    P.O. Box 1227,   Harrisonburg, VA 22803-1227
13151340       +Met Ed A FirstEnergy Company,    331 Newman Springs Road, Building 3,    Red Bank, NJ 07701-5688
12982354       +Quest Diagnostics,    P.O. Box 740775,   Cincinnati, OH 45274-0775
12982356       +Robeson Township,    c/o Cheryl J. Allerton, Esq.,   Hartman Shurr,
                 1100 Berkshire Blvd., Ste. 301 POB 5828,    Wyomissing, PA 19610-5828
12982355       +Robeson Township,    8 Boonetown Rd.,   Birdsboro, PA 19508-8317
12982357       +Signature Dental,    30 Commerce Dr., Suite 2,   Reading, PA 19610-3322
12982358       +Silver Lake Resort Owners Assoc.,    7751 Black Lake Road,   Kissimmee, FL 34747-1760
12982359       +St Joseph Medical Center,    POB 644168,   Pittsburgh, PA 15264-4168
12982364        The Reading Hospital Medical Group,    P.O. Box 70884,   Philadelphia, PA 19176-5884
12982365       +The Reading Hospital Medical Group,    P.O. Box 70894,   Philadelphia, PA 19176-5894
12982362        The Reading Hospital and Medical Center,    c/o Computer Credit, Inc.,    Claim Dept 072500,
                 640 West Fourth Street - PO Box 5238,    Winston Salem, NC 27113-5238
12982363       +The Reading Hospital and Medical Ctr.,    POB 16051,   Reading, PA 19612-6051
12982366       +West Reading Radiology,    2 Meridian Blvd.,   2nd Floor,   Wyomissing, PA 19610-3202
12982367       +Woodstone Meadows,    P.O. Box 1227,   Harrisonburg, VA 22803-1227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 21 2018 02:24:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 21 2018 02:25:08      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 21 2018 02:26:40
                 Exeter Finance Corp. Department,    c/o Ascension Capital Group,   P.O. Box 201347,
                 Arlington, TX 76006-1347
12982340       +E-mail/Text: g20956@att.com Aug 21 2018 02:25:28      AT &T Mobility,    POB 537104,
                 Atlanta, GA 30353-7104
12982343       +E-mail/Text: bankruptcynotices@cbecompanies.com Aug 21 2018 02:25:07       CBE Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
12982344        E-mail/PDF: creditonebknotifications@resurgent.com Aug 21 2018 02:38:04       Credit One  Bank,
                 Po Box 60500,   City Of Industry, CA 91716-0500
13017353       +E-mail/Text: bankruptcy@diamondresorts.com Aug 21 2018 02:24:38
                 Diamond Resorts U.S. Development, LLC,    10600 W. Charleston Blvd.,    Las Vegas, NV 89135-1014
12982346       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Aug 21 2018 02:26:41
                 Exeter Finance Corporation,    POB 166008,   Irving, TX 75016-6008
13061707       +E-mail/Text: mstover@gercls.com Aug 21 2018 02:25:37      Great Eastern Resort Corp.,    Box 6006,
                 Charlotte, VA 22906-6006
13384481        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 21 2018 02:25:06      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO  BOX 7999,    ST CLOUD MN 56302
13049293        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2018 02:37:49
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
12982353        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 21 2018 02:24:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   Department 280946,
                 Harrisburg, PA 17128-0946
13013749        E-mail/Text: bnc-quantum@quantum3group.com Aug 21 2018 02:24:42
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
12982360       +E-mail/Text: notices@burt-law.com Aug 21 2018 02:25:38      Sterling Jewelers,
                 c/o Burton, Neil and Associates,    1060 Andrew Dr., Suite 170,   West Chester, PA 19380-5601
                                                                                              TOTAL: 14
```

```
District/off: 0313-4          User: dlv                    Page 2 of 2                  Date Rcvd: Aug 20, 2018
                              Form ID: 138NEW              Total Noticed: 47

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
cr*          ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                ST CLOUD, MN  56302-9617)
13020137*    +Exeter Finance Corp.,   P.O. Box 166008,   Irving, TX 75016-6008
12982361     ##+Stowe Urgent Care,   394 Mountain Rd.,   Stowe, VT 05672-4678
                                                                                             TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                        Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
```
              CHERYL J. ALLERTON    on behalf of Creditor    Robeson Township cbarto@hartmanshurr.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor George H. Weston, III jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Billy L. Weston jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARTIN A. MOONEY    on behalf of Creditor    Jefferson Capital Systems LLC ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: George H. Weston, III and Billy L. Weston

        Debtor(s)

Bankruptcy No: 13−11721−ref
Chapter: 13

---

***NOTICE***

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 8/20/18

83 − 82
Form 138_new